U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

Robert W Lopez

: Chapter 13
:
: Case No.: 16-10326
:

### PRAECIPE TO WITHDRAW DOCUMENT

TO THE CLERK:

Kindly withdraw *# 31 on the docket,* Amended Chapter 13 Plan. Thank you.

Very Truly Yours,

Dated: August 22, 2016

/s/ Brad J. Sadek
Brad J. Sadek, Esquire
Counsel for Debtor