## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Robert W. Lopez<br>　　　　Debtor<br><br>MidFirst Bank<br>　　　　Movant<br>　　vs.<br><br>Robert W. Lopez<br>　　　　Debtor<br><br>William C. Miller Esq.<br>　　　　Trustee | CHAPTER 13<br><br><br><br>NO. 16-10326 ELF<br><br><br>11 U.S.C. Section 362 |

### PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　Kindly withdraw the Objection to Confirmation of MidFirst Bank, which was filed with the Court on or about **April 20, 2016, docket entry #22**.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　**/s/ Joshua I. Goldman, Esquire**
　　　　　　　　　　　　　　　　　　　　　Joshua I. Goldman, Esquire
　　　　　　　　　　　　　　　　　　　　　Attorneys for Movant/Applicant
　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　Main Number: (215) 627-1322

August 29, 2016